IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSH FERRIS<br>c/o Sobel, Wade & Mapley, LLC<br>55 Erieview Plaza, Suite 370<br>Cleveland, Ohio 44114<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MOBIS NORTH AMERICA<br>3900 Stickney Avenue, #1314<br>Toledo, Ohio 43608<br><br>　　　　　　　　Defendant. | CASE NO.:<br><br>JUDGE:<br><br>**COMPLAINT FOR DAMAGES**<br><br>(JURY DEMAND ENDORSED HEREIN) |

Plaintiff Josh Ferris, by and through the undersigned, and as his Complaint against Defendant, states and avers the following:

**PARTIES & VENUE**

1. Ferris was an applicant for employment at Mobis North America ("Mobis").

2. Mobis is a domestic corporation that designs and manufactures automobile parts.

3. Mobis maintains a place of business in the city of Toledo, county of Lucas, and state of Ohio, at which location Ferris applied for employment and at which location the acts giving rise to this claim occurred.

4. At all times material herein, Mobis was an employer, pursuant to 42 U.S.C. § 12111 (5).

5. At all times material herein, Ferris was an applicant for employment at Mobis, pursuant to 42 U.S.C. § 12111 (4).

6. Jurisdiction is proper over Defendant pursuant to 28 U.S.C. § 1331, in that Ferris is alleging federal law claims arising under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq.*

7. Within 300 days of the conduct alleged below, Ferris filed a charge with the Equal Employment Opportunity Commission ("EEOC"), specifically Charge No. 532-2022-02150.
8. Ferris received a Right to Sue Letter, dismissing his EEOC charge and providing him with the right to bring the instant matter.
9. Ferris has properly exhausted his administrative remedies.
10. Venue is properly placed in the Unites States District Court for the Northern District of Ohio, Western Division, because it is the Court for the district, division, and county within which a substantial part of the events giving rise to this Complaint occurred.
11. This Court is a court of general jurisdiction over all subject matters of this Complaint and the claims presented herein.

**FACTS**

12. In or around December 2021, Ferris applied for an Assembly Line position with Mobis.
13. Ferris is Deaf.
14. Ferris is therefore considered disabled under the ADA.
15. At all times material herein, Ferris was qualified to perform the essential functions of the Assembly Line position at Mobis.
16. Ferris had previously worked for Ford Motor Company in a similar position along with other relevant experience that established he was highly qualified for the positions applied to at Mobis.
17. Ferris never had any issues performing his previous assembly line job duties as a result of being Deaf.
18. Ferris disclosed his disability to Mobis during the application process and despite having a wealth of experience that would make him suited for the job, Mobis was openly hesitant to hiring Ferris because of his disability.

19. After not receiving a response back from Mobis soon after he disclosed his disability, Ferris sent an email to Mobis' HR Department asking why they were ignoring Ferris and confirming that he could perform the job with his disability.

20. Ferris has yet to hear back from Mobis despite emailing them multiple times in December 2021 and January 2022.

21. Mobis refused to hire Ferris because of his disability.

22. Mobis's refusal to hirr Ferris on the basis of his disability was in contravention of 42 U.S.C. § 12112 (a).

23. As a direct and proximate result of Mobis's unlawful conduct, Ferris has suffered, and will continue to suffer, damages.

## COUNT I: DISCRIMINATION IN VIOLATION OF THE ADA

24. Ferris realleges all prior paragraphs of this Complaint.

25. At all times material herein, Ferris was qualified for the position he applied for at Mobis.

26. Mobis refused to hire Ferris because of Ferris's disability.

27. Mobis's failure to hire Ferris was in contravention of 42 U.S.C. § 12112 (a).

28. As a direct and proximate result of Mobis' unlawful conduct, Ferris has suffered and will continue to suffer damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Josh Ferris respectfully requests that this Honorable Court grant the following relief:

1. An order requiring Mobis to place Ferris to the position to which he applied.

2. An award against Mobis of damages to compensate Ferris for back pay, front pay, emotional distress, and other consequential damages, in an amount in excess of $75,000 per claim;

3. An award of punitive damages against Mobis in an amount in excess of $75,000;

4. An award of reasonable attorney's fees and costs for Ferris' claims as allowable and/or required under law;

5. Any award of other relief that this Court may deem necessary and proper.

Respectfully submitted,

*s/ Sean H. Sobel*
Sean H. Sobel (0086905)
**SOBEL, WADE & MAPLEY, LLC**
55 Erieview Plaza, #370
Cleveland, Ohio 44114
(216) 223-7213
sobel@swmlawfirm.com

*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff Josh Ferris demands a trial by jury by the maximum number of jurors permitted.

                                                                         *s/ Sean H. Sobel*
                                                                         Sean H. Sobel (0086905)