UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSHUA FERRIS,

    Plaintiff,

vs.

MOBIS NORTH AMERICA,

    Defendant.

Case No. 23-cv-00610-JJH

Hon. Jeffrey J. Helmick

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

This matter having come before the Court on the stipulation of the parties hereto, and the Court otherwise advised in the premises:

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby DISMISSED, in its entirety with prejudice and without attorney fees or costs to either party.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

Dated: January 27, 2025

**STIPULATED AND AGREED:**

| | |
|---|---|
| /s/ *Sean H. Sobel* | /s/ *Terrence J. Miglio* |
| Sean H. Sobel (0086905) | Terrence J. Miglio (P30541) |
| 65 Erieview Plaza, Suite 610 | 201 W. Big Beaver, Suite 1200 |
| Cleveland, OH 44114 | Troy, MI 48084 |
| (216) 223-7213 | (248) 258-1616 |
| sobel@swmlawfirm.com | miglio@butzel.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

Dated: January 27, 2025